THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMERIGO MANCUSO, Petitioner, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Comstock, N. Y.— Application for permission to appeal to this court as a poor person denied, without

prejudice to a renewal upon proper papers showing a meritorious cause. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.